RUSSELL L. BARTLETT, as Administrator of the Estate of DANIEL J. BARTLETT, Deceased, et al., Respondents, v. STATE OF NEW YORK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied; order entered May 12, 1954, amended *nunc pro tunc* by striking therefrom the

words: " with leave to claimants to renew their application upon sufficient papers."
Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See
283 App. Div. 1000; *post*, p. 868.]